In the Matter of the Accounting of THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under the Will of JABEZ A. BOSTWICK, Deceased, Respondent.

ALBERT C. BOSTWICK et al., Appellants; MARIE S. GILBERT, Individually and as Executrix of ALBERT C. BOSTWICK, Deceased, Respondent.

(Submitted October 8, 1923; decided October 16, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 236 N. Y. 242.)